# Exhibit D

## U.S. Patent No. 10,462,871

### Cooper Accused Instrumentalities

| Product Description | Model Number |
|---|---|
| Halo RL 3-inch Retrofit LED Module | RL3059FSD2W1EWH |
| Halo RL 4-inch Retrofit LED Module | RL4LS9FSD2W1EWH |
| Halo RL 5/6-inch Retrofit LED Module | RL56069FSD2W1EWH |
| Halo RL 5/6-inch Retrofit LED Module (Higher Lumen / Selectable) | RL56LS9FSD2W1EWH |

All depictions in this chart refer to Model RL56069FSD2W1EWH. ETI contends that all products defined as "Cooper Accused Instrumentalities" have the same relevant features, and thus the above-mentioned model is representative of the group. Each of the other identified Cooper Accused Instrumentalities differs only in size and intensity of output. With respect to the other listed models, there are no material differences from Model RL56069FSD2W1EWH.

1

| U.S. Patent No. 10,462,871 | Evidence / Analysis |
|---|---|
| 9. An LED light fixture comprising: |  All of the Cooper Accused Instrumentalities are LED light fixtures. |

| a set of at least two LED light sources, |  |
|---|---|

said set of at least two LED light sources being respectively connected in at least three electric circuits, each of said at least three electric circuits effecting the generation of illumination having a correlated color temperature different from the correlated color temperature emitted by the LED light sources in each of the others of said at least three electric circuits;



When the switch is set to produce 3000K color temperature, the LEDs in a first circuit illuminate, including LEDs from the at least two LED light sources.

When the switch is set to produce 3500K color temperature, the LEDs in a second circuit illuminate, including LEDs from the at least two LED light sources.

When the switch is set to produce 4000K color temperature, the LEDs in a third circuit illuminate, including LEDs from the at least two LED light sources.

All of the Cooper Accused Instrumentalities include multiple LED light sources that are connected in at least three separate electrical circuits, with each circuit producing illumination at a different correlated color temperature from the others.

4

| | |
|---|---|
| a controllable correlated color temperature switching assembly comprising a manually controllable correlated color temperature switch for selectively connecting one of said at least two LED light sources in a separate one of said at least three electric circuits, each of said at least three electric circuits having a correlated color temperature different from the correlated color temperature of the others of said at least three electric circuits, |  All of the Cooper Accused Instrumentalities include a controllable correlated color temperature switching assembly with a manual switch that allows a user to select among at least three different electrical circuits, each circuit corresponding to a distinct correlated color temperature. |

5

| and another of said at least two LED light sources in a separate one of said at least three electric circuits having a second correlated color temperature different from the correlated color temperature of each of the others of said at least two LED light sources in any of said at least three electric circuits, |  Another of said at least two LED light sources in a separate one of said at least three electric circuits having a second correlated color temperature 5000K | All of the Cooper Accused Instrumentalities include another LED light source connected to a separate electrical circuit that produces a second correlated color temperature different from the color temperatures of the other LED light sources in the circuits. |
|---|---|---|

6

| | |
|---|---|
| and a combination of said at least two LED light sources in a separate one of said at least three electric circuits having a third correlated color temperature different from the correlated color temperature of each of the others of said LED light sources in any of the other at least three electric circuits; | All of the Cooper Accused Instrumentalities include a combination of the LED light sources connected to a separate electrical circuit that produces a third correlated color temperature, distinct from the color temperatures produced by the other circuits. <br><br>  <br><br> A combination of said at least two LED light sources in a separate one of said at least three electric circuit having a third correlated color temperature of 3500K |

7

| | | |
|---|---|---|
| said manually controllable correlated color temperature switch being concealed when said LED light fixture is mounted for operation. |  | All of the Cooper Accused Instrumentalities include a manually controllable correlated color temperature switch that is concealed when the LED light fixture is mounted for operation. |
| 10. An LED light fixture according to claims 9 and further comprising: a diffuser for transmitting illumination from said selected set of LED light sources in said one of said at least three electric circuits, to a space remote from said LED light fixtures. |  Diffuser | All of the Cooper Accused Instrumentalities include a diffuser that transmits illumination from the selected LED light sources in the chosen circuit to a space remote from the fixture. |

| | |
|---|---|
| 11. An LED light fixture according to claim 9 wherein said manually controllable correlated color temperature switch is selectively connected to one or a combination of said light sources in one of said at least three electric circuits to actuate the selected one of said at least three electric circuits. |  |

When the switch is set to produce 3000K color temperature, the LEDs in a first circuit illuminate, including LEDs from the at least two LED light sources.

When the switch is set to produce 3500K color temperature, the LEDs in a second circuit illuminate, including LEDs from the at least two LED light sources.

When the switch is set to produce 4000K color temperature, the LEDs in a third circuit illuminate, including LEDs from the at least two LED light sources.

All of the Cooper Accused Instrumentalities include a manually controllable correlated color temperature switch that selectively connects to one or a combination of the LED light sources in a given circuit to actuate that circuit.

| | |
|---|---|
| 17. An LED light fixture according to claim 9 wherein said manually controllable correlated color temperature switch is selected from the group consisting of a slide switch, a toggle switch, a single pole single throw toggle switch, a double pole double throw toggle switch, a rotary switch, a pull chain switch, a push-to-make switch, a push-to-break switch, a push button switch and a DIP switch. |  Slide switch<br><br>All of the Cooper Accused Instrumentalities include a manually controllable correlated color temperature switch in the form of a slide switch. |

| | | |
|---|---|---|
| 19. An LED light fixture according to claim 9 wherein said set of at least two LED light sources is mounted on said at least one printed circuit board in a predetermined arrangement to provide illumination for each of said at least two sets of LED light sources. |  | Printed circuit board upon which the LED light sources are mounted in a predetermined arrangement<br><br>All of the Cooper Accused Instrumentalities have at least two LED light sources mounted on a printed circuit board in a predetermined arrangement to provide illumination for each set of LED light sources. |
| 20. An LED light fixture according to claim 19 wherein said predetermined arrangement provides a uniform area of illumination for each of said at least two LED light sources. | The predetermined arrangement of light sources shown above provides a uniform area of illumination for each of said at least two light sources. This is the case in all Cooper Accused Instrumentalities. | |

At least two LED light sources

| | | |
|---|---|---|
| 21. An LED light fixture comprising: | <br> | All of the Cooper Accused Instrumentalities are LED light fixtures. |
| a set of LED light sources for emitting illumination, at least two portions of said set of LED light sources being connected in at least three respective electric circuits, | <br>At least two LED light sources | As shown below, the two LED light sources are connected in at least three respective circuits in all of the Cooper Accused Instrumentalities. |

the LED light sources in each of said at least three respective electric circuits generating illumination having different correlated color temperatures from each of the other electrical circuits;



Each of at least three electric circuits has a different correlated color temperature; as shown by the different color temperatures corresponding to each circuit on the switch.

All of the Cooper Accused Instrumentalities include LED light sources in at least three separate electrical circuits, with each circuit generating illumination at a correlated color temperature different from the others.

13

| | | |
|---|---|---|
| and a switching circuit operable for connecting alternatively: a selected one of said at least two portions of said set of LED light sources in one of said at least three and respective circuits to generate illumination of one correlated color temperature; | <br><br>Selectively connecting one of said at least two LED light sources in a separate one of said at least three electric circuits, producing a color temperature of 2700K<br><br>A controllable correlated color temperature switching assembly comprising a manually controllable correlated color temperature switch | All of the Cooper Accused Instrumentalities include a switching circuit operable to connect a selected portion of the LED light sources in one of the circuits to generate illumination at a particular correlated color temperature. |

| | |
|---|---|
| and for respectively connecting the another of said at least two portions of said set of LED light sources in another of said at least three electrical circuits to generate illumination of another of said correlated color temperatures in response to electric power being sent to said another of said at least two respective circuits; |  |

| | |
|---|---|
| and a combination of said at least two portions of said set of LED light sources in said respective electric circuits to generate illumination of a correlated temperature different from the correlated color temperature of the illumination of the LED light sources in each of the other electric circuits; | The above row demonstrates that for each combination of the two portions of LEDs that is lighted for each of the at least three electrical circuits corresponds with a different color temperature; 3000K, 3500K, and 4000K respectively per circuit. This is the case for all Cooper Accused Instrumentalities. |
| and a correlated color temperature switching assembly to operate said switching circuit to connect a selected one of the group consisting of a selected one of said at least two portions of said set of LED light sources and said selected combination of said at least two portions of said set of LED light sources in said respective electric circuits to an electric power source to effect the illumination of said LED light sources in said selected one of said group to effect the illumination of LED light sources in said selected one of said group of said at least two portions of said LED light sources. |   correlated color temperature switching assembly to operate said switching circuit.  All of the Cooper Accused Instrumentalities include a correlated color temperature switching assembly that operates the switching circuit to connect either a selected portion of the LED light sources or a selected combination of portions to an electric power source, thereby producing illumination from the chosen LED light sources. |

16

| | |
|---|---|
| 22. An LED light fixture according to claim 21 wherein said correlated color temperature switching assembly includes a digitally operated switch actuating structure for actuating said correlated color temperature switching assembly; |  Digitally operated switch actuating structure for actuating said correlated color temperature switching assembly. <br><br> All of the Cooper Accused Instrumentalities include a correlated color temperature switching assembly with a digitally operated switch structure for actuating the switching assembly. |
| and a switch holding structure for holding for operation said digitally operated switch actuating member. |  Switch holding structure <br><br> All of the Cooper Accused Instrumentalities include a switch holding structure that holds the digitally operated switch actuating member in place for operation. |

17

| | | |
|---|---|---|
| 25. An LED light fixture according to claim 21 wherein said LED light fixture is selected from the group consisting of a downlight and a flush-mounted LED light fixture. | <br><br>Select color temperature.<br>Seleccione la temperatura de color. | All of the Cooper Accused Instrumentalities are LED light fixtures in the form of downlights or flush-mounted fixtures. |
| 26. An LED light fixture according to claim 25 wherein said flush-mounted LED light fixture is a ceiling LED light fixture. | See above. All of the Cooper Accused Instrumentalities are flush-mounted LED light fixtures and are ceiling LED light fixtures. | |
| 28. An LED light fixture comprising: | | |

| | | |
|---|---|---|
| at least two electrically operated LED light sources for emitting illumination, the illumination of each of said at least two LED light sources having different, predetermined correlated color temperatures; |  At least two LED light sources | One light source has a predetermined color temperature of 2700K and the other of 5000K in all of the Cooper Accused Instrumentalities. |

19

| an electric circuit connectable to an electric power source for supplying electric power to one of the group consisting of a selected one of said at least two LED light sources and a selected combination of said at least two LED light sources, said electric circuit comprising: a switching circuit operable for connecting said selected one of the group consisting of a selected one of said at least two LED light sources and said combination of said at least two LED light sources, to said electric circuit to receive electrical current and emit illumination of a predetermined correlated color temperature; |  The electric circuit is connected to a power source<br><br>At least two LED light sources<br><br>Switching circuit |
| --- | --- |
|  | All of the Cooper Accused Instrumentalities include an electric circuit connectable to a power source that supplies power to one or a combination of the LED light sources, with a switching circuit that connects the selected LED light source(s) to receive current and emit illumination at a predetermined correlated color temperature. |

| | |
|---|---|
| a manually controllable correlated color temperature switching assembly to operate said switching circuit to connect said selected one of said group to the electric power source to effect the illumination of said selected one of said group of one of said at least two LED sources and a combination of said at least two LED light sources, to effect the selective illumination of said at least one LED in said selected one of said at least two sets of LED light sources and said combination of said at least two LED light sources to emit illumination of the color correlated temperature of said selected one with said at least two sets of LED light sources and a combination of said at least two LED light sources, said operated switch being operatively attached to said housing and comprising a digitally operable actuating member to effect the selection of one of the at least two sets of LED light sources and a combination of said at least two LED light sources. |  Manually controllable correlated color temperature switching assembly that effectuates the different switching circuit to operate the different LED light source outputs with digitally operable switch |
| | All of the Cooper Accused Instrumentalities include a manually controllable correlated color temperature switching assembly that operates the switching circuit to connect a selected LED light source or a combination of LED light sources to the power source, thereby producing illumination at the corresponding correlated color temperature. The switch is mounted to the housing and includes a digitally operable actuating member that enables selection among the sets of LED light sources or their combination. |

| | |
|---|---|
| and a manually operated slide slidable along said indicator to select a particular correlated color temperature operatively connected to said switching circuit and to operate said switching circuit to effect the selection of the particular correlated color temperature. |  Manually operated slide |
| | All of the Cooper Accused Instrumentalities include a manually operated slide that moves along an indicator to select a particular correlated color temperature, with the slide operatively connected to the switching circuit to effect that selection. |