**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

|  |  |
|---|---|
| ETI SOLID STATE LIGHTING, INC, <br><br>            Plaintiffs, <br><br> v. <br><br> COOPER LIGHTING, LLC. <br><br>            Defendant. | C.A. No. 3:26-cv-00084-LMM |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

By consent and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Cooper Lighting, LLC ("Defendant") hereby respectfully moves for an extension of time, through and including June 22, 2026, for Defendant to answer, move, or otherwise respond to Plaintiff ETI Solid State Lighting, Inc.'s ("Plaintiff") Complaint.

In support, Defendant states as follows:

1.      Plaintiff filed this lawsuit on April 24, 2026 (Dkt. 1).

2.      On April 30, 2026, Defendant agreed to accept service of the complaint in exchange for an extension of 30 days to respond, to which Plaintiff agreed.

3.      Defendant's response to the Complaint is presently due on May 21, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

1

4.     Defendant requests this extension of time in good faith, after reviewing the allegations of the Complaint and working to investigate and develop its preliminary positions and contentions.

5.     Counsel for the parties have conferred, and Plaintiff consents to an extension of the period in which Defendant may file its answer, motion, or other response to the Complaint through and including June 22, 2026; accordingly, Plaintiff does not oppose the granting of this Motion.

Defendant therefore respectfully requests that the Court enter an Order extending the time in which Defendant must file its answer, motion, or other response to the Complaint through and including June 22, 2026.

A proposed order is attached for the Court's convenience.

Dated: May 13, 2026                           Respectfully submitted,

                                              /s/ JOSHUA M. WEEKS
                                              Joshua M. Weeks
                                              Georgia Bar No. 545063
                                              ALSTON & BIRD LLP
                                              1201 W. Peachtree Street
                                              Atlanta, Georgia 30309
                                              Telephone: (404) 881-7405
                                              joshua.weeks@alston.com

                                              Adam D. Swain
                                              ALSTON & BIRD LLP
                                              950 F. Street, NW
                                              Washington, D.C. 20004
                                              Telephone: (202) 239-3300

adam.swain@alston.com

Ravi Shah
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9459
ravi.shah@alston.com

Sierra B. Weingartner
ALSTON & BIRD LLP
1120 S. Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704)444-1242
sierra.weingartner@alston.com

*Attorneys Cooper Lighting, LLC*

3

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

The undersigned hereby certifies that the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was prepared in Times New Roman, 14-point front, in compliance with Local Rule 5-1.

Dated: May 13, 2026                                   */s/ Joshua Weeks*
                                                      Joshua Weeks
                                                      ALSTON & BIRD LLP


## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused the foregoing document to be transmitted to counsel for ETI via electronic service on May 13, 2026.

                                                      */s/ Joshua Weeks*
                                                      Joshua Weeks